UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

James Z Forbes
                    Plaintiff,
v.                                       Case No.: 1:25−cv−08540
                                                           Honorable Steven C. Seeger
Pipe East LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff Forbes's various filings and motions, which have rained down on the docket at a pace that puts most thunderstorms to shame. The case is about the sale of property as part of a state−court proceeding. This case began with an emergency motion on July 23, 2025 (Dckt. No. [5]), which this Court denied on August 5, 2025 (Dckt. No. [21]). Since then, Forbes has filed over 70 entries on the docket, all within the span of two weeks. Forbes has been bombarding the docket at an excessive rate. Forbes has filed emergency motions, motions for reconsideration, declarations, exhibits, and more. To make matters worse, Forbes has relentlessly contacted the Court 9;s staff, hounding the Court for a ruling. This Court already ruled on the original emergency motion, and the current requests do not pose an emergency because the underlying answer has not changed. This Court once again denies the request for emergency relief. As the Court previously explained, Forbes's requests for emergency relief are barred by the Rooker−Feldman doctrine, because his requested relief would involve review of state court proceedings. Any challenge to a state−court judgment needs to happen in state court, not federal court. The motions for emergency relief (Dckt. Nos. [25], [26], [36], [38], [73], [81]) are hereby denied. The Court takes the IFP application and the motion for the appointment of counsel (Dckt. Nos. [3], [8]) and all other remaining motions under advisement. The Court admonishes Plaintiff to avoid unnecessary and excessive communications with the Court's staff. A failure to comply could lead to the placement of Plaintiff on the list of restricted filers. See Banister v. U.S. Bank, N.A., 2020 WL 8093508, at *1 (N.D. Ill. 2020) (Dow, J.). The Court will rule on pending motions in due time, consistent with the needs of this Court's docket as a whole, meaning hundreds of other criminal and civil cases. No one gets to jump the line, and squeaky wheels don't always get the grease. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.